[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14546
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-00256-CG-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDDIE LAMANQUIL SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(April 4, 2014)

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Kristen G. Rogers, appointed counsel for Eddie Lamanquil Smith in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's conviction and sentence are **AFFIRMED**.